For more information and technical assistance contact:

Phillips Sumika Polypropylene Company
P.O. Box 4910
The Woodlands, TX 77387-4910
800.231.1212 ext 4849



## Marlex® HGX-030-01
Polypropylene Homopolymer, Fiber Grade, Low Water Carryover

**Applications:**
- Woven industrial fabric and bags
- Rope and cordage
- Woven carpet backing
- Woven geotextile fabrics

**Agency Information:**
- Meets FDA Regulation 21 CFR 177.1520 and is suitable for food packaging applications at temperatures not exceeding 212° F (100°C).

**Nominal Physical Properties**

| Property | English | SI | Method |
|---|---|---|---|
| Density | 0.909 g/cc | 0.909 g/cc | ASTM D1505 |
| Melt Flow Rate, @ 230°C | 3.8 g/10min | 3.8 g/10min | ASTM D1238 |
| Tensile Strength at Yield, 50 mm/min | 5200 psi | 35.8 MPa | ASTM D638 |
| Flexural Modulus, Tangent, 13 mm/min | 260,000 psi | 1790 MPa | ASTM D790 |
| Unnotched Izod Impact Strength, @ 23°C | No Break | No Break | ASTM D256 |
| Notched Izod Impact Strength, @ 23°C | 0.5 ft*lbf/in | 27 J/m | ASTM D256 |
| Heat Deflection Temperature, @ 0.455 MPa | 220 °F | 104 °C | ASTM D648 |
| Heat Deflection Temperature, @ 1.82 MPa | 150 °F | 66 °C | ASTM D648 |
| Shore D Hardness | 74 | 74 | ASTM D2240 |

Physical property testing performed on injection-molded specimens with the exception of density and flexural modulus which were performed on compression-molded specimens.

The nominal properties reported herein are typical of the product but do not reflect normal testing variance and therefore should not be used for specification purposes.

MSDS #240590                                                                                           Revision Date June, 2004



Before using this product, the user is advised and cautioned to make its own determination and assessment of the safety and suitability of the product for the specific use in question and is further advised against relying on the information contained herein as it may relate to any specific use or application. It is the ultimate responsibility of the user to ensure that the product is suited and the information is applicable to the user's specific application. Phillips Sumika Polypropylene Company does not make, and expressly disclaims, all warranties, including warranties of merchantability or fitness for a particular purpose, regardless of whether oral or written, express or implied, or allegedly arising from any usage of any trade or from any course of dealing in connection with the use of the information contained herein or the product itself. The user expressly assumes all risk and liability, whether based in contract, tort or otherwise, in connection with the use of the information contained herein or the product itself. Further, information contained herein is given without reference to any intellectual property issues, as well as federal, state or local laws which may be encountered in the use thereof. Such questions should be investigated by the user.

**EXHIBIT D**

CONFIDENTIAL
BSCM02800000031