08/25/08 MON 07:07 FAX          CDRH FDA ODE                               ☒001



DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Boston Scientific Corporation
℅ Ms. Michelle Berry
Sr. Regulatory Affairs Specialist                AUG 2 2 2008
100 Boston Scientific Way
Marlborough, Massachusetts 01752

Re: K081048
    Trade/Device Name: Modified Pinnacle Pelvic Floor Repair Kit - Apical
    Regulation Number: 21 CFR 878.3300
    Regulation Name: Surgical mesh
    Regulatory Class: II
    Product Code: FTL
    Dated: August 13, 2008
    Received: August 14, 2008

Dear Ms. Berry:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to such additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

EXHIBIT

J

CONFIDENTIAL
BSCM02900000002

08/25/08  MON 07:08 FAX                    CDRH FDA ODE                                        ☒002

Page 2 – Ms. Michelle Berry

This letter will allow you to begin marketing your device as described in your Section 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Center for Devices and Radiological Health's (CDRH's) Office of Compliance at (240) 276-0115. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding postmarket surveillance, please contact CDRH's Office of Surveillance and Biometric's (OSB's) Division of Postmarket Surveillance at (240) 276-3474. For questions regarding the reporting of device adverse events (Medical Device Reporting (MDR)), please contact the Division of Surveillance Systems at (240) 276-3464. You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (240) 276-3150 or at its Internet address http://www.fda.gov/cdrh/industry/support/index.html.

Sincerely yours,

*Mark N. Melkerson* (signature)

Mark N. Melkerson
Director
Division of General, Restorative
 and Neurological Devices
Office of Device Evaluation
Center for Devices and
 Radiological Health

Enclosure

CONFIDENTIAL
BSCM02900000003

K081048

## Indications for Use Statement

510(k) Number (if Known): _____

Device Name: Pinnacle™ Pelvic Floor Repair Kit – Apical

Indications For Use:

The proposed Pinnacle Pelvic Floor Repair Kit is indicated for tissue reinforcement and stabilization of fascial structures of the pelvic floor for vaginal wall prolapse, where surgical treatment is intended, either as mechanical support or bridging material for the fascial defect.

Prescription Use __X__　　　AND/OR　　　Over-The-Counter Use_____
(21 CFR 801 Subpart D)　　　　　　　　　　(21 CFR 801 Subpart C)

(PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

Concurrence of CDRH, Office of Device Evaluation (ODE)

_[signature: Mark N Melkerson]_

(Division Sign-Off)
Division of General, Restorative, and Neurological Devices

510(k) Number __K081048__

CONFIDENTIAL
BSCM02900000004