Case 2:13-cv-04505  Document 29-12  Filed 01/15/15  Page 1 of 3 PageID #: 214

4/25/13   Public Health Notifications (Medical Devices) > FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgica…



## U.S. Food and Drug Administration
Protecting and Promoting Your Health



EXHIBIT 197

### Archived Content
The content on this page is provided for reference purposes only. It was current when produced, but is no longer maintained and may be outdated.

Search Archive

Home  Medical Devices  Medical Device Safety  Safety Communications

## Medical Devices

### FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence

For updated information about Surgical Mesh for Pelvic Organ Prolapse, see: UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse[1], released July 13, 2011.

Issued: October 20, 2008

Dear Healthcare Practitioner:

This is to alert you to complications associated with transvaginal placement of surgical mesh to treat Pelvic Organ Prolapse (POP) and Stress Urinary Incontinence (SUI). Although rare, these complications can have serious consequences. Following is information regarding the adverse events that have been reported to the FDA and recommendations to reduce the risks.

**Nature of the Problem**

Over the past three years, FDA has received over 1,000 reports from nine surgical mesh manufacturers of complications that were associated with surgical mesh devices used to repair POP and SUI. These mesh devices are usually placed transvaginally utilizing tools for minimally invasive placement.

The most frequent complications included erosion through vaginal epithelium, infection, pain, urinary problems, and recurrence of prolapse and/or incontinence. There were also reports of bowel, bladder, and blood vessel perforation during insertion. In some cases, vaginal scarring and mesh erosion led to a significant decrease in patient quality of life due to discomfort and pain, including dyspareunia.

Treatment of the various types of complications included additional surgical procedures (some of them to remove the mesh), IV therapy, blood transfusions, and drainage of hematomas or abscesses.

Specific characteristics of patients at increased risk for complications have not been determined. Contributing factors may include the overall health of the patient, the mesh material, the size and shape of the mesh, the surgical technique used, concomitant procedures undertaken (e.g. hysterectomy), and possibly estrogen status.

**Recommendations**

Physicians should:

- Obtain specialized training for each mesh placement technique, and be aware of its risks.
- Be vigilant for potential adverse events from the mesh, especially erosion and infection.
- Watch for complications associated with the tools used in transvaginal placement, especially bowel, bladder and blood vessel perforations.
- Inform patients that implantation of surgical mesh is permanent, and that some complications associated with the implanted mesh may require additional surgery that may or may not correct the complication.
- Inform patients about the potential for serious complications and their effect on quality of life, including pain during sexual intercourse, scarring, and narrowing of the vaginal wall (in POP repair).
- Provide patients with a written copy of the patient labeling from the surgical mesh manufacturer, if available.

Additional patient information[2] can be found on the following FDA Consumer website.

**Reporting Adverse Events to FDA**

EXHIBIT L

Case 2:13-cv-04505 Document 29-12 Filed 01/15/15 Page 2 of 3 PageID #: 215

4/25/13 Public Health Notifications (Medical Devices) > FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgica...

FDA requires hospitals and other user facilities to report deaths and serious injuries associated with the use of medical devices. If you suspect that a reportable adverse event was related to the use of surgical mesh you should follow the reporting procedure established by your facility.

We also encourage you to report adverse events related to surgical mesh that do not meet the requirements for mandatory reporting. You can report directly to MedWatch, the FDA Safety Information and Adverse Event Reporting program online[3], by phone at 1-800-FDA-1088, or obtain the fillable form online[4], print it out and fax to 1-800-FDA-0178 or mail to MedWatch, 5600 Fishers Lane, Rockville, MD 20852-9787.

**Getting More Information**

FDA Medical Device Public Health Notifications[5] are available on the Internet. You can also be notified through email each time a new Public Health Notification is added to our web page. To subscribe, visit: http://service.govdelivery.com/service/subscribe.html?code=USFDA_39[6].

Sincerely,

Daniel G. Schultz, MD
Director
Center for Devices and Radiological Health
Food and Drug Administration

If you have questions about this Notification, please contact FDA's Division of of Small Manufacturers, International and Consumer Assistance (DSMICA) by e-mail at dsmica@fda.hhs.gov or by phone at 1-800-638-2041 or 301-796-7100

Page Last Updated: 03/21/2013
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Accessibility Contact FDA Careers FDA Basics FOIA No Fear Act Site Map Transparency Website Policies



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

 U.S. Department of **Health & Human Services**

**Links on this page:**
1. /MedicalDevices/Safety/AlertsandNotices/ucm262435.htm
2. /MedicalDevices/Safety/AlertsandNotices/ucm142636.htm
3. /Safety/MedWatch/default.htm
4. /Safety/MedWatch/HowToReport/DownloadForms/default.htm
5. /MedicalDevices/Safety/AlertsandNotices/PublicHealthNotifications/default.htm

Case 2:13-cv-04505   Document 29-12   Filed 01/15/15   Page 3 of 3 PageID #: 216

4/25/13   Public Health Notifications (Medical Devices) > FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgica…

6. http://service.govdelivery.com/service/subscribe.html?code=USFDA_39