Hanna Wilkerson

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA


CHARLESTON DIVISION


IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM                    MDL NO. 2326
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO
HANNA WILKERSON,                   )
                                   )
         Plaintiff,                )
                                   )
v.                                 )    2:13-cv-4505
                                   )
BOSTON SCIENTIFIC CORPORATION,     )
                                   )
         Defendant.                )
_____)



VIDEOTAPED DEPOSITION OF HANNA WILKERSON
Tuesday, April 29, 2014
Huntersville, North Carolina
9:01 a.m.



Reported by:  Karen K. Kidwell, RMR, CRR, CLR
GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

EXHIBIT

X

Hanna Wilkerson

Page 98

1    lengthy.

2    BY MS. PACKER:

3        Q.   Do you recall discussion -- discussing any

4    other options other than surgery?

5        A.   No.

6        Q.   Is it your practice to ask doctors

7    questions about their recommendations for you?

8        A.   Not in general.

9        Q.   Do you recall if you did any research on

10   your own prior to the surgery about the surgery that

11   she was proposing to do?

12       A.   I did not do any research.

13       Q.   You trust Dr. Booth's recommendation?

14       A.   I did.

15       Q.   Do you recall signing an informed consent

16   form?

17       A.   I do not recall.

18           (Wilkerson 3 was marked for identification.)

19   BY MS. PACKER:

20       Q.   Ms. Wilkerson, the court reporter has

21   handed you what we've marked as Exhibit 3, which I

22   will admit is a very poor copy.

23       A.   Yeah.

24       Q.   But it's the best we have.  And it appears

25   to be a consent form for Dr. Booth to perform surgery