William E. Porter, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM                    MDL NO. 2326
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO:
ALL WAVE 1 AND 2 CASES IN MDL NO. 2326

VIDEOTAPED DEPOSITION OF
WILLIAM E. PORTER M.D.
Tuesday, December 2, 2014
Charlotte, North Carolina
4:29 p.m.

Reported by:  Karen K. Kidwell, RMR, CRR, CLR
GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

EXHIBIT Y

William E. Porter, M.D.

Page 234

```
 1    BY MS. PACKER:
 2         Q.   And do you agree with this statement?
 3              MR. PRICE:  Object to form.
 4              THE WITNESS:  The first five, four
 5         sentences -- or four lines?
 6    BY MS. PACKER:
 7         Q.   Well, you read it in the past, correct?
 8         A.   I have to reread everything.  In
 9    generality --
10         Q.   Sure.
11         A.   -- I think slings have the role for
12    treating stress urinary incontinence, correct.
13         Q.   Do you agree with this introductory
14    language that says, "The polypropylene mesh
15    mid-urethral sling is the recognized worldwide
16    standard of care for the surgical treatment of stress
17    urinary incontinence.  The procedure is safe,
18    effective and has improved the quality of life for
19    millions of women"?
20         A.   I agree with that, yes.
21         Q.   And do you agree with the statement
22    that -- turning the page now, that "Polypropylene
23    material has been used in most surgical specialties,
24    including general surgery, cardiovascular surgery,
25    transplant surgery, ophthalmology, otolaryngology,
```

William E. Porter, M.D.

Page 237

1  BY MS. PACKER:
2       Q.   Do you agree that "A broad evidence base,
3  including high-quality scientific papers in medical
4  journals in the U.S. and the world supports the use
5  of the MUS as a treatment for SUI"?
6            MR. PRICE:  Object to form.
7            THE WITNESS:  Yes.
8  BY MS. PACKER:
9       Q.   And "MUS" means "mid-urethral sling"?
10      A.   Correct.
11      Q.   And "SUI" means "stress urinary
12 incontinence."  Is that correct?
13      A.   Correct.
14      Q.   Do you agree with the statement that "Full
15 length mid-urethral slings both retropubic and
16 transobturator have been extensively studied, are
17 safe and effective relative to other treatment
18 options and remain the leading treatment option and
19 currently gold standard for stress incontinence
20 surgery"?
21      A.   Yes.
22           MR. PRICE:  Object to form.
23 BY MS. PACKER:
24      Q.   Are you familiar with the AUGS
25 statement -- position statement on restriction of