William E. Porter, M.D.

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION


IN RE: BOSTON SCIENTIFIC CORP.,

PELVIC REPAIR SYSTEM                      MDL NO. 2326

PRODUCTS LIABILITY LITIGATION


THIS DOCUMENT RELATES TO:


MISTEE & SHAUN ROBBINS, Plaintiffs

Vs.                              2:12-cv-01413

BOSTON SCIENTIFIC CORPORATION, Defendant

_____

HANNA WILKERSON, Plaintiff

Vs.                              2:13-cv-04505

BOSTON SCIENTIFIC CORPORATION, Defendant


VIDEOTAPED DEPOSITION OF WILLIAM E. PORTER, M.D.

Tuesday, December 8, 2014

Charlotte, North Carolina

5:22 p.m.


Reported by:  Cindy A. Hayden  RMR, CRR

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

EXHIBIT

G

William E. Porter, M.D.

Page 29

```
 1    visit.  And I put that she has difficulty
 2    exercising due to chronic pain.
 3            Q.   In your original report you wrote that
 4    on 12/2/2010 she had complaints of urinary
 5    incontinence, and that does not appear in your
 6    amended report; is that correct?
 7            A.   I don't see it in my amended report.
 8            Q.   And, in fact, she did not have
 9    complaints of urinary incontinence on that visit.
10    She only reported a history of incontinence; is
11    that correct?
12            A.   I'd have to go through the medical
13    record again, but I assume that's why I corrected
14    it.
15            Q.   Okay.  And you know that on a visit
16    shortly thereafter to Dr. Taylor on 12/9/2010 she
17    denied incontinence; are you aware of that?
18            A.   I don't have it in my record at 12/9
19    that she has incontinence.
20            Q.   You don't -- is it your opinion that
21    Ms. Wilkerson is not suffering from incontinence?
22            A.   That's -- to me -- let's see here.  My
23    last visit, she didn't have any complaints today of
24    incontinence, so I assume she's not complaining of
25    incontinence.
```

William E. Porter, M.D.

Page 30

1          Q.   You're not here to offer an opinion

2    that she has any incontinence or that it's caused

3    by any mesh product?  I mean, that will just save

4    us some time.  You're not saying that she's

5    incontinent?

6          A.   I am not.

7          Q.   Okay.  You do have a reference to the

8    12/9 visit with Dr. Taylor in your -- in your

9    report?

10         A.   Correct.

11         Q.   And you say that she reported

12   progressive left groin pain and tenderness on the

13   left sidewall.  Do you have Dr. Taylor's record in

14   front of you, the 12/9?

15         A.   Yes.

16         Q.   Isn't the actual reference that she has

17   progressive left groin discomfort?

18         A.   She has recurrent prolapse with

19   pressure and vaginal bulging.  She is postop but

20   she has progressive left groin discomfort that's

21   worse with standing and walking.  So discomfort and

22   pain.  Are they not interchangeable?

23         Q.   He does use the word discomfort; isn't

24   that correct?

25         A.   Yes.

William E. Porter, M.D.

Page 53

 1    both -- both part of those would be the sling.  So

 2    that's the location of the pain.  That's what I

 3    mean by that.  So where the sling trangresses --

 4    transgresses from the vaginal incision -- it's

 5    Advantage -- so up -- from the vagina up to the

 6    suprapubic area, that's where the sling would go.

 7         Q.   Would you agree that Ms. Wilkerson was

 8    an appropriate candidate for the placement of a

 9    sling?

10         A.   Yes.

11         Q.   And would you agree that the Advantage

12    was an appropriate device to offer to

13    Ms. Wilkerson?

14         A.   Yes.

15         Q.   And based on what you've seen, do you

16    agree that Dr. Booth properly consented

17    Ms. Wilkerson?

18              MR. CANTRELL:  I'm going to object to

19    the form.

20              THE WITNESS:  I don't know if I have --

21    let's see.  Here's the Carolina -- I assume -- I

22    have to see exactly what the consent states.

23    BY MS. PACKER:

24         Q.   Let me ask you this:  Do you happen to

25    know Dr. Booth?