William E. Porter, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM                    MDL NO. 2326
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO:
ALL WAVE 1 AND 2 CASES IN MDL NO. 2326

VIDEOTAPED DEPOSITION OF
WILLIAM E. PORTER M.D.
Tuesday, December 2, 2014
Charlotte, North Carolina
4:29 p.m.

Reported by:  Karen K. Kidwell, RMR, CRR, CLR
GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

**EXHIBIT O**

1    your practice.
2            MR. PRICE:  Object to form.
3            THE WITNESS:  So I have used retropubic
4        slings.  I've used the Prefyx sling,
5        P-R-E-F-Y-X.  I have used a transobturator sling
6        and I've used a single-incision sling.
7    BY MS. PACKER:
8        Q.   Do you continue to offer slings as an
9    option to your patients today with stress urinary
10   incontinence?
11           MR. PRICE:  Object to form.
12           THE WITNESS:  I do.
13   BY MS. PACKER:
14       Q.   What manufacturers' slings are you
15   currently using?
16       A.   I use -- currently, I have used -- depends
17   on the hospital.  Certain hospitals will offer
18   certain things, but sometimes they're out of my
19   control.
20           And I have used Boston Scientific.  I have
21   used Coloplast, C-O-L-O-P-L-A-S-T.  I have used
22   American Medical Systems as well, slings.
23       Q.   What hospitals do you have -- at what
24   hospitals do you have privileges, currently?
25       A.   I have privileges at the Novant Health

William E. Porter, M.D.

Page 59

```
 1   it's additional cost, then you have to justify it a
 2   little more rigorously, if it's equivalent product
 3   and there's no -- if it's offset cost-wise, there's
 4   probably not much difference.
 5        Q.   Have you requested the Uphold LITE
 6   specifically at any of the hospitals where you have
 7   privileges?
 8        A.   I do.  I did.
 9        Q.   And have you requested any Boston
10   Scientific slings by name at any of the hospitals
11   where you have privileges?
12        A.   I do.
13        Q.   And which hospitals would those be for
14   both of those products?
15        A.   Novant Health.
16        Q.   Is that Novant -- which Novant is it?
17        A.   They're pretty much the same purchasing.
18        Q.   Okay.  And ultimately, they agreed to
19   purchase those products for you based on the volume
20   of surgery that you do?
21        A.   They would request it.  You have to fill
22   out forms.  And it goes to committees.  And you can
23   support it or not support it.  And then it's really
24   out of my hands.  It really has nothing to do with
25   the hospital itself.
```

William E. Porter, M.D.

Page 61

```
 1   BY MS. PACKER:
 2        Q.   And so what factors did you set forth to
 3   Novant to justify your request that you wanted that
 4   particular product, the Uphold LITE?
 5        A.   Again, as I said earlier, when we
 6   requested the Uphold LITE, you didn't have to go
 7   through all the forms at that point.  You just had to
 8   request it, and it was a different process.
 9        Q.   So it's a more involved process now than
10   it was then?
11        A.   It is, much more involved.
12        Q.   And what's the most recent time you've
13   made a request for a specific polypropylene mesh
14   sling?
15        A.   A few months ago.
16        Q.   And what was the sling that you requested?
17        A.   It's an adjustable sling.  And I can't --
18   I'm drawing a blank of the name.  Remeex or something
19   like that, sling that's meant for people with
20   recurrent incontinence.
21        Q.   Have you had to go through the process
22   that you just described of justifying your request
23   for a product with respect to a Boston Scientific
24   sling?
25        A.   No.
```

William E. Porter, M.D.

Page 234

1  BY MS. PACKER:
2       Q.   And do you agree with this statement?
3            MR. PRICE:  Object to form.
4            THE WITNESS:  The first five, four
5       sentences -- or four lines?
6  BY MS. PACKER:
7       Q.   Well, you read it in the past, correct?
8       A.   I have to reread everything.  In
9  generality --
10      Q.   Sure.
11      A.   -- I think slings have the role for
12 treating stress urinary incontinence, correct.
13      Q.   Do you agree with this introductory
14 language that says, "The polypropylene mesh
15 mid-urethral sling is the recognized worldwide
16 standard of care for the surgical treatment of stress
17 urinary incontinence.  The procedure is safe,
18 effective and has improved the quality of life for
19 millions of women"?
20      A.   I agree with that, yes.
21      Q.   And do you agree with the statement
22 that -- turning the page now, that "Polypropylene
23 material has been used in most surgical specialties,
24 including general surgery, cardiovascular surgery,
25 transplant surgery, ophthalmology, otolaryngology,

Golkow Technologies, Inc. - 1.877.370.DEPS

William E. Porter, M.D.

Page 237

1  BY MS. PACKER:
2      Q.   Do you agree that "A broad evidence base,
3  including high-quality scientific papers in medical
4  journals in the U.S. and the world supports the use
5  of the MUS as a treatment for SUI"?
6           MR. PRICE:  Object to form.
7           THE WITNESS:  Yes.
8  BY MS. PACKER:
9      Q.   And "MUS" means "mid-urethral sling"?
10     A.   Correct.
11     Q.   And "SUI" means "stress urinary
12 incontinence."  Is that correct?
13     A.   Correct.
14     Q.   Do you agree with the statement that "Full
15 length mid-urethral slings both retropubic and
16 transobturator have been extensively studied, are
17 safe and effective relative to other treatment
18 options and remain the leading treatment option and
19 currently gold standard for stress incontinence
20 surgery"?
21     A.   Yes.
22          MR. PRICE:  Object to form.
23 BY MS. PACKER:
24     Q.   Are you familiar with the AUGS
25 statement -- position statement on restriction of