**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM PRODUCTS          MDL No. 2326
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO

HANNA WILKERSON,

       Plaintiff,

                              13-cv-04505

vs.

BOSTON SCIENTIFIC CORPORATION,

       Defendant.

## BOSTON SCIENTIFIC CORPORATION'S DISCLOSURE REQUIRED BY PTO #121

Pursuant to PTO #121, Defendant Boston Scientific Corporation ("BSC") submits the following disclosure, identifying those individuals who may provide expert testimony in the above-captioned case.

## I. RETAINED EXPERT WITNESSES

1.     Dr. Gary L. Winn
Winn Consulting
1026 Dunn Station Road
Prosperity, PA 15329

2.     Dr. Stephen F. Badylak
University of Pittsburgh
McGowan Institute for Regenerative Medicine
450 Technology Drive, Suite 300
Pittsburgh, PA 15219-3130

3.     Dr. Christine Brauer
7 Trail House Court
Rockville, MD 20850

6786095 v1

4.      Dr. Stephen H. Spiegelberg
        Cambridge Polymer Group, Inc.
        56 Roland Street, Suite 310
        Boston, MA 02129

5.      Dr. Ricardo Caraballo
        Cooper Medical School of Rowan University
        Cooper University Hospital, Department of Obstetrics and Gynecology
        3 Cooper Plaza, Suite 221
        Camden, NJ 08103

## II.  NON-RETAINED EXPERT WITNESSES

1.      Janice H. Connor
        Director of Clinical Programs for Urology and Women's Health
        Boston Scientific - Marlborough
        100 Boston Scientific Way
        Marlborough, MA 01752-1234

2.      John E. Sherry
        Director of Research and Development for Urology and Women's Health
        Boston Scientific - Marlborough
        100 Boston Scientific Way
        Marlborough, MA 01752-1234

3.      James Goddard
        Research and Development Manager for Urology and Women's Health
        Boston Scientific - Marlborough
        100 Boston Scientific Way
        Marlborough, MA 01752-1234

4.      Donna M. Gardner
        Director of Regulatory Affairs for Urology and Women's Health
        Boston Scientific Corporation
        100 Boston Scientific Way
        Marlborough, MA 01752-1234

5.      Robert T. Miragliuolo
        Vice President of Regulatory Affairs for Endoscopy and Urology & Women's Health
        Boston Scientific Corporation
        100 Boston Scientific Way
        Marlborough, MA 01752-1234

6.      Christopher M. Cuddy
        Manager of Design Quality Assurance
        Boston Scientific Corporation
        100 Boston Scientific Way
        Marlborough, MA 01752-1234

6786095 v1

7.    Alison R. Timm
      Manager of Reporting and Trending Group in Post Market Surveillance
      Boston Scientific Corporation
      Boston Scientific Way
      Marlborough, MA 01752-1234

8.    Dr. Kelly Booth

Dated: February 13, 2015                    Respectfully submitted,

                                            By: */s/Jon A. Strongman*
                                            Robert T. Adams
                                            Matthew D. Keenan
                                            Eric M. Anielak
                                            Jon A. Strongman
                                            SHOOK, HARDY & BACON L.L.P.
                                            2555 Grand Boulevard
                                            Kansas City, Missouri 64108
                                            Telephone: 816.474.6550
                                            Facsimile: 816.421.5547
                                            rtadams@shb.com
                                            mkeenan@shb.com
                                            eanielak@shb.com
                                            jstrongman@shb.com

                                            **ATTORNEYS FOR DEFENDANT
                                            BOSTON SCIENTIFIC
                                            CORPORATION**

                        **CERTIFICATE OF SERVICE**

        I hereby certify that on February 13, 2015, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this matter.


                                            */s/Jon A. Strongman*
                                            Jon A. Strongman

                                            **ATTORNEYS FOR DEFENDANT
                                            BOSTON SCIENTIFIC
                                            CORPORATION**

3

6786095 v1