IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION     MDL No. 2326

_____

THIS DOCUMENT RELATES TO CIVIL
ACTION NUMBER:

*Hannah Wilkerson v. Boston Scientific Corp.*     Case No. 2:13-cv-04505

JOINT DESIGNATION OF RECORDS TO BE TRANSFERRED
TO THE WESTERN DISTRICT OF NORTH CAROLINA

From MDL No. 2326 (2:12-md-02326)

| Date Filed | Dkt. No. # | Docket Text |
| --- | --- | --- |
| 09/26/2012 | 197 | Master Long Form Complaint and Jury Demand |
| 09/26/2012 | 200 | BSC's Master Answer to Plaintiff's Master Long Form Complaint |
| 12/19/2013 | 611 | Transcript of Proceedings of 12/4/13 Status Conference discussing work-up of wave cases. |
| 01/21/2014 | 653 | BSC's Wave 1 Cases Per PTO 65 |
| 06/11/2014 | 803 | Order Designating that PTO 100 applies in Wave 2 Cases |
| 07/25/2014 | 840 | Joint Venue Recommendations for Wave Cases |

6957021 v1

Dated:  May 13, 2015

| /s/ Christopher W. Cantrell | /s/ Jon A. Strongman |
|---|---|
| William J. Doyle, II | Jon A. Strongman |
| Christopher W. Cantrell | Matthew D. Keenan |
| DOYLE LOWTHER LLP | Robert T. Adams |
| 10200 Willow Creek Road, Suite 150 | Eric M. Anielak |
| San Diego, California 92131 | SHOOK, HARDY & BACON L.L.P. |
| 858-935-9960 | 2555 Grand Blvd. |
| 858-939-1939 fax | Kansas City, Missouri 64108-2613 |
| bill@doylelowther.com | 816-474-6550 |
| ccantrell@doylelowther.com | 816-521-5547 fax |
| ATTORNEYS FOR PLAINTIFF | jstrongman@shb.com |
| | ATTORNEYS FOR DEFENDANT |
| | BOSTON SCIENTIFIC CORPORATION |

6957021 v1